UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF A GRAY 2004 BMW 325XI, GEORGIA LICENSE PLATE NUMBER BSI 3082, VIN # WBAEU334X4PF60860 | Case No. 4:20mj51-CLR<br><br>Filed Under Seal |

## ORDER TO SEAL

Upon motion of the United States, it is ORDERED that the Government's Motion to Seal, Application, Affidavit, Attachments, and Warrant issued on October 5, 2020, be sealed until further Order of the Court, excepting only such disclosures as necessary to effect service of process.

This 5th day of October, 2020.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA